THOMAS P. RILEY, ESQ. SBN: 194706
THOMAS P. RILEY PC, LAW OFFICES OF
1114 FREMONT AVENUE    tprlaw@att.net
SOUTH PASADENA, CA 91030
(626) 799-9797

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.    Plaintiff(s)<br><br>v.<br><br>LUIS FERNANDO BAEZ    Defendant(s) | CASE NUMBER:<br>EDCV13-1101- WDK (EX)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons        [ ] first amended complaint      [ ] third party complaint
      [X] complaint      [ ] second amended complaint     [ ] counter claim
      [ ] alias summons  [ ] third amended complaint      [ ] cross claim
      [X] other *(specify):* Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery

2. **Person served:**

   a. [X] Defendant *(name:)* REBECCA ANNE GEHLKE-BAEZ, INDIVIDUALLY AND D/B/A HOT WOK SUSHI A/K/A HOT WOK CHINESE CUISINE
   b. [ ] Other *(specify name and title or relationship to the party/business named):*
   c. [X] Address where the papers were served: 1280 BERYLSTONE DRIVE
                                                 HEMET, CA 94521

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on *(date):* at *(time):*

   b. [X] By **Substituted Service.** By leaving copies: **LUIS FERNANDO BAEZ - CO-OCCUPANT**

      1. [X] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] Papers were served on *(date):* 09/22/2013 at *(time):* 09:13 am

      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] papers were mailed on Sep 24, 2013 - DECLARATION OF MAILING ATTACHED

      6. [X] due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **KATHY CHANDLER**
   **Rezac Meyer Attorney Service**
   1610 Beverly Blvd., Suite 1
   Los Angeles, CA 90026
   (213) 481-1770

   a. Fee for service: **$ 35.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :**686**
      County: **RIVERSIDE**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 24, 2013**

_____        _____
**KATHY CHANDLER**                              *(Signature)*
*Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>THOMAS P. RILEY, ESQ.<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE SOUTH PASADENA, CA 91030<br>TELEPHONE NO.: (626) 799-9797   FAX NO.*(Optional)*: (626) 799-9795<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **PLAINTIFF:** | SBN: 194706<br><br>*FOR COURT USE ONLY* |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF/PETITIONER: **JOE HAND PROMOTIONS, INC.** | CASE NUMBER:<br>EDCV13-1101- WDK (EX) |
| DEFENDANT/RESPONDENT: **LUIS FERNANDO BAEZ** | |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>HOT WOK SUSHI 6-23-12 JHP |

I received the within process on September 16, 2013 and that after due and diligent effort I have been able to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **REBECCA ANNE GEHLKE-BAEZ, INDIVIDUALLY AND D/B/A HOT WOK SUSHI A/K/A HOT WOK CHINESE CUISINE**

Documents: **summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery**

As enumerated below:

**09/18/2013 -- 07:19 pm**
1280 BERYLSTONE DRIVE, HEMET, CA 94521
NO ANSWER (RESIDENCE);NO VEHICLES PARKED IN THE DRIVEWAY.

**09/20/2013 -- 12:27 pm**
1280 BERYLSTONE DRIVE, HEMET, CA 94521
NO ANSWER (RESIDENCE). HUMMER PARKED IN THE DRIVEWAY.

**09/22/2013 -- 09:13 am**
1280 BERYLSTONE DRIVE, HEMET, CA 94521
SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Fee for Service: $ 35.00
County: RIVERSIDE
Registration No.: 686
Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770
www.rezacmeyer.com

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on
September 24, 2013.

Signature: _____
KATHY CHANDLER

**DECLARATION OF DILIGENCE**

Order#: LA126432/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ.<br>THOMAS P. RILEY PC, LAW OFFICES OF<br>1114 FREMONT AVENUE SOUTH PASADENA, CA 91030 | SBN: 194706 | |
| TELEPHONE NO.: **(626) 799-9797**    FAX NO.(Optional): **(626) 799-9795**<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **PLAINTIFF:** | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME: **EASTERN DISTRICT OF CALIFORNIA**

PLAINTIFF/PETITIONER: **JOE HAND PROMOTIONS, INC.**
DEFENDANT/RESPONDENT: **LUIS FERNANDO BAEZ**

CASE NUMBER: **EDCV13-1101- WDK (EX)**

**PROOF OF SERVICE BY MAIL**

Ref. No. or File No.: **HOT WOK SUSHI 6-23-12 JHP**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1610 Beverly Blvd., Ste. 1, Los Angeles, CA 90026.

On September 24, 2013, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

summons;complaint;Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Magistrate Judge for Discovery

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

**REBECCA ANNE GEHLKE-BAEZ, INDIVIDUALLY AND D/B/A HOT WOK SUSHI A/K/A HOT WOK CHINESE CUISINE**

**1280 BERYLSTONE DRIVE**
**HEMET, CA 94521**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 35.00

```
Rezac Meyer Attorney Service
1610 Beverly Blvd., Ste. 1
Los Angeles, CA 90026
(213) 481-1770
WWW.REZACMEYER.COM
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 24, 2013.

Signature: _Veronica Mancilla_

**PROOF OF SERVICE BY MAIL**

Order#: LA126432/mailproof