**Thomas P. Riley, SBN 194706**　　　　　　　　　　　　　　　**JS-6**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Joe Hand Promotions, Inc.,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　vs.<br><br>**Luis Fernando Baez, et al.,**<br><br>　　　　　　**Defendants.** | **CASE NO. 5:13-cv-01101-WDK-E**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS LUIS FERNANDO BAEZ and REBECCA ANNE GEHLKE-BAEZ, individually and d/b/a HOT WOK SUSHI a/k/a HOT WOK CHINESE CUISINE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants LUIS FERNANDO BAEZ and REBECCA ANNE GEHLKE-BAEZ, individually and d/b/a HOT WOK SUSHI a/k/a HOT WOK CHINESE CUISINE, that the above-entitled action is hereby dismissed **with prejudice** against LUIS FERNANDO BAEZ and REBECCA ANNE GEHLKE-BAEZ, individually and d/b/a HOT WOK SUSHI a/k/a HOT WOK CHINESE CUISINE.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

Dated:_____11/25/14_____

///

///

///

///

///

///

///

///

///